02/28/2014 13:00 FAX                                                    002/003

# TRIAL COURT OFFICIAL'S
## REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FAX to: Cathy S. Lusk, Clerk, 12th Court of Appeals, Tyler, at (903)593-2193

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/2/2015 1:49:20 PM
CATHY S. LUSK
Clerk

Court of Appeals No. (If known):  12 - 15 - 00003 - CR

Trial Court Style:  The State of Texas vs. Dequisha Jackson

Trial Court & County: 159th Angelina County          Trial Court No.: 2013-0731

Date Trial Clerk's Record Originally Due: 2/28/15

Date Court Reporter's/Recorder's Record Originally Due: 2/28/15

Anticipated Number of Pages of Record:  720

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:  (Check all that apply - attach additional pages if necessary.)

☐    to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either ▶ the required fee or to make arrangements to pay the fee for preparing the record.

☐    my duties listed below preclude working on this record:

☒    Other. (Explain.): The court reporter I was using was not able to get this job done in time due to a job change. I finally got ahold of him Tuesday 3/31/15 and he told me what was going on. I am going to finish whatever he has not done and get it turned in.

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by 5/1/15    and I hereby request an additional _____30_____ days within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

4/2/15
Date

936-671-4078
Office Phone Number

wmadison-lindsey@angelinacouty.net
E-mail Address (if available)

Signature  W. Madison-Lindsey

Printed Name  Whitney Madison-Lindsey

Official Title  Official Court Reporter

Trial Clerk's/Court Reporter's Request for Ext/12ʰ CA-CsL/Tyler/12-3-97/Rev.5-3-2001
TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

| Lead Counsel for APPELLANT(S): | Lead Counsel for APPELLEE(S): |
|---|---|
| Name: April Perez | Name: |
| Address: P.O. Box 908 | Address: |
| Lufkin, Texas 75902 | |
| Phone no.: 936-632-5090 | Phone no.: |
| Attorney for: The State of Texas | Attorney for: |

| Lead Counsel for APPELLANT(S): | Lead Counsel for APPELLEE(S): |
|---|---|
| Name: John Reeves | Name: |
| Address: 1007 Grant Street | Address: |
| Lufkin, Texas 75901 | |
| Phone no.: 936-632-1640 | Phone no.: |
| Attorney for: Dequisha Jackson | Attorney for: |

Additional                          information,                          if                          any: